# Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0853. HAMDYA ADEM, ADMINISTRATOR OF THE ESTATE OF ABDALLAH D. ADEM v. ED HELLER et al.

Hamdya Adem filed this direct appeal from the trial court's order granting plaintiff Ed Heller's motion for a new trial in this civil action. Heller has filed motions to dismiss the appeal and for sanctions.

In a civil case, "[t]he *grant* of a motion for new trial is not a final order from which a direct appeal may be taken." *Murray v. Rozier*, 186 Ga. App. 184, 185 (367 SE2d 886) (1988) (emphasis in original). See also *Cotton States Mut. Ins. Co. v. Bishop*, 170 Ga. App. 9, 9 (316 SE2d 167) (1984) ("A judgment granting a new trial is not a final judgment[.]") (citation and punctuation omitted). To obtain appellate review at this juncture, Adem was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Murray*, 186 Ga. App. at 185. Because we lack jurisdiction to consider this direct appeal, Heller's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED. Heller's motion for sanctions is DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 01/08/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*